# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 3:25-mj- 35 |
| | ) |
| v. | ) Title 18, U.S.C. Section 641 – Theft of |
| | ) Public Money, Property or Records |
| YOLISIA M. ELLISON, | ) (Count 1) |
| | ) |
| *Defendant.* | ) |
| | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

**(Citation No. E2423485)**

On or about January 24, 2025, in the Eastern District of Virginia at Fort Gregg-Adams, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant YOLISIA M. ELLISON, stole items of value with an aggregate value not exceeding the sum of $1000, which were property of the United States.

(In violation of Title 18, United States Code, Section 641.)

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____/s/_____
Adam J. Wise
Maryland Bar No. 2211290272
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 590-8013
Fax: (804) 765-1950
Email: adam.j.wise7.mil@army.mil